JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| MURRAY MATTHEW SMITH, | ) | Case No. CV 09-8491-MMM(AJW) |
| | ) | |
| Petitioner, | ) | |
| | ) | [PROPOSED] |
| v. | ) | JUDGMENT |
| | ) | |
| K. HARRINGTON, | ) | |
| | ) | |
| Respondent. | ) | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed without prejudice.

Dated: December 30, 2009

_Margaret M. Morrow_
_____
Margaret M. Morrow
United States District Judge